UNITED STATES DISTRICT OF NEW YORK
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ROY WEEKES,                                               Civil Action No. 1:21-cv-01965

                Plaintiff,

   -against-

JETBLUE AIRWAYS CORPORATION,
FRANK AYALA, and WARREN GREEN,
Individually,

                Defendants.
-------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice and each party to bear its own expenses, costs, and attorneys' fees.

Dated: New York, New York
        January 11, 2024

| | |
|---|---|
| **LAW OFFICE OF TISHA JACKSON** | **AKERMAN LLP** |
| By: _/s/ Tisha Jackson, Esq._ | By: _/s/ Raymond J. Berti_ |
|     Tisha Jackson, Esq. |     Raymond J. Berti, Esq. |
| 1115 Broadway, 12th Floor | 1251 Avenue of the Americas, 37th Floor |
| New York, New York 10010 | New York, New York 10020 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED:

_____